UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HARRY H. SHIN, et al.,<br><br>Defendants. | Case No. 18-cv-01742-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE**<br><br>Re: Dkt. No. 7 |

I have reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Regarding Defendant's Application To Proceed In Forma Pauperis. Having granted defendant Harry Shin's In Forma Pauperis request, Judge Laporte recommends that this state-law unlawful detainer action be remanded to the Superior Court of California for the County of Marin because there was no basis for removal. Dkt. No. 7. No objections were filed within the specified period. I find the Report correct, well-reasoned, and thorough; I adopt it in every respect. Accordingly, this case is REMANDED to the Superior Court of California for the County of Marin.

**IT IS SO ORDERED.**

Dated: May 10, 2018



William H. Orrick
United States District Judge